Attachment A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| DAMIS FELLOVE-67636-004 | ) |
| | ) |
| Federal Correctional Institution-Gilmer | ) |
| | ) |
| PO Box 6000 | ) |
| | ) |
| Glenville, West Virginia 26351 | ) |
| Enter the full name of the plaintiff in this action | ) |
| | ) |
| v. | ) |
| | ) |
| Mr. Heady-Unit Manager, Mr.K.J. Wendt-Warden, Mr. K.M. | ) |
| | ) |
| White-Regional Director/Mid Atlantic Region, Mr. Lappin- | ) |
| | ) |
| Director Federal Bureau of Prisons/ IN THEIR OFFICIAL | ) |
| | ) |
| CAPACITY | ) |
| | ) |
| | ) |

**FILED**

APR 2 1 2005

U.S. DISTRICT COURT
CLARKSBURG WV 26301

C O M P L A I N T

Civil Action No.: $3:05cv 34$
*(to be assigned by Clerk)*

Enter above the full name of defendant(s) in this action
(If you have additional defendants, list them on a separate piece of paper)

I.   PARTIES

*In Item A below, place your name, inmate number, and address in the space provided.*

A.   Name of Plaintiff: **Damis Fellove**   Inmate No.: **67636-004**

   Address: **Federal Correctional Institution-Gilmer/PO Box 6000/Glenville, WV 26351**

*In Item B below, place the full name of the defendant, his or her official position, and place of employment in the space provided. Use Item C for additional defendants, if any.*

B.   Name of Defendant: **Mr. Heady**   Position: **C-3 Unit Manager**

   Place of Employment: **Federal Bureau of Prisons/FCI-Gilmer**

C.   Additional Defendants *(provide the same information for each defendant as listed in Item B above)*:

   **Mr. K.J. Wendt-Warden/Federal Bureau of Prisons-FCI-Gilmer, Mr. K.M. White-Mid-Atlantic**

   **Regional Director/Federal Bureau of Prisons, Mr. Lappin-Director of the Bureau of Prisons.**

_____

_____

_____

II.   PLACE OF PRESENT CONFINEMENT

*Name of Prison/Institution:* **Federal Coorectional Institution Gilmer (FCI-Gilmer)**

A.   Is this where the events concerning your complaint took place?     Yes **X**       No_____

If you answered "no", where did the events occur?_____

B.   Is there a prisoner grievance procedure in this institution?     Yes **X**       No ̲X̲

C.   Did you present the facts relating to your complaint in the
state prisoner grievance procedure?     Yes **X**       No_____

D.   If your answer is NO, explain why not:_____

E.   If your answer is YES, what was the result at level one, level two, and level three (attach grievances
and responses):
**Request for Administrative Remedy Relief-denied at the Institutional Level (BP-9),**

**at the Regional Level (BP-10), and at the Central Office (BP-11)..**

III.  PREVIOUS LAWSUITS

A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action
or otherwise related to your imprisonment?     Yes_____      No **X**

B.   If your answer to A is Yes, describe the lawsuit in the space below.  If there is more than one lawsuit,
describe the additional lawsuits on another piece of paper using the same outline.

1.   Parties to this previous lawsuit:

Plaintiff(s):_____

Defendant(s):_____

2.   Court:_____
*(If federal court, name the district; if state court, name the county)*

3.   Docket Number:_____

4.   Name of Judge(s) to whom case was assigned:_____

5.   Disposition:_____
*(For example, was the case dismissed? Appealed? Pending?)*

6.   Approximate date of filing lawsuit:_____

7.   Approximate date of disposition:_____

IV.   STATEMENT OF CLAIM

*State here, as briefly as possible, the <u>facts</u> of your case.  Describe what <u>each</u> defendant did to violate your constitutional rights.  Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Use as much space as you need.  Attach extra sheets of paper if necessary.*

The defendant's named herein have violated my constitutional rights as well as those rights afforded to me by the "Americans with Disabilities Act". Plaintiff is a "Deaf-Mute" inmate currently incarcerated at the Federal Correctional Institution-Gilmer, while at this facility plaintiff has been discriminated against, and continue's to be discriminated against due to his disability and impairment.

### VIOLATION OF PLAINTIFF'S RIGHT'S BY DEFENDANT HEADY

Unit Manager Heady has consistently retaliated against petitioner for exercising his const-itutional rights under the First Amendment. The plaintiff complained to Mr. Heady that the phone system did not provide translation for him in the Spanish language, so that he may be able to speak with his mother who does not speak the English language. The plaintiff is a Deaf-Mute who does not know how to type in the spanish language nor can he read his mothers spanish writings that come out of the TTY machine. Once he complained to Unit Manager Heady, defendant Heady told the plaintiff that he was not going to go out his way to accomadate the plaintiff because that then all other inmates would seek accomadations. The plaintiff told defendant Heady that he was not asking for any special accomadations but just for a TTY system that translated from english to spanish and from spanish to english, just so that he could communicate with his mother. Defendant Heady refused and told plaintiff to stop whining. Each time they communicated, they did so by writing their thought's on paper but each time defendant Heady would keep the written notes. The plaintiff then went above Mr. Heady's head and complained about his problem with the TTY system, to Warden Wendt. Mr. Heady took offense to this, and called the plaintiff one afternoon to his office and gave the plaintiff a large phone bill of several thousand dollars, and told the plaintiff that because of his whining now he was going to pay for all the phone calls he made, using the TTY phone, and until he did so his phone privleges were suspended. This action on the part of defendant Heady constitutes retaliation against the plaintiff for complaining to the Warden. The plaintiff never before

had been charged for any phone calls he had made, while utilizing the TTY system. In this intance, defendant Heady, imposed a severe hardship upon the plaintiff, due to plaintiff complaining to the warden about Mr.Heady. Defendant Heady violated the plaintiffs First Amendment right under the United States Constitution, when he retaliated against the plaintiff, for plaintiff exercising his right's under the First Amendment to File for grievance and or raise complaints.

Defendant Heady was also deliberatly indifferent to plaintiffs disability and physical impairments, and instead of retaliating against the plaintiff, Mr. Heady shoul have afforded the plaintiff those rights he was entitled to under the American with disabilities Act, which defendant Heady, so easily ignored.

Mr. Heady, further discriminated against the plaintiff, in the choices of job assignments that were given to the plaintiff, and in the educational desires of the plaintiff. The plaintiff, on numerous occasions, had requested from Mr. Heady, to be assigen to job positions that he knew were available but Mr. Heady told him that he could not be assigned to those jobs because plaintiff could not "HEAR NOR SPEAK", and to stop asking for assignments to these jobs. The plaintiff submitted numerous request forms, that are annexed hereto as EXHIBIT-A, requesting said job positions, but each time he would be told that no positions were available. But in fact said positions were available and were given to inmates that could hear and speak.

The petitioner attempted to do the same with educational courses offered here at the institution but he received the same discrimination as he did in his job search. In this instance the petitioner's Statutory rights under the American with Disabilities Act, were violated by defendant Heady, all in violation of the First, and Fourteenth Amendment of the U.S. Constitution.

## VIOLATION OF PLAINTIFF'S RIGHT'S BY DEFENDANT WENDT

Defendant Wendt is the Warden of FCI-Gilmer. As such, he is the direct supervisor of this Correctional Facility. The plaintiff approached Warden Wendt, and explained the numerous acts of discrimination he was forced to endure at the hands of defendant Heady but Warden Wendt did not do anything to cure said discrimination nor did he assist the plaintiff with his concerns, as a result, plaintiff began to file his grievances against the hardships that were being imposed upon him by the jail. Plaintiff filed a Request for Administrative Remedy (BP-9) to the Warden, Wendt, informing him of his needs as an inmate with a disability but plaintiff's request was denied by the warden. The defendant Warden Wendt was aware personally of the violations that were happening against plaintiff but he did not do anything to prevent said violations nor to cure the constitutional violations and discrimination that was happening against the plaintiff, when he had the direct power and authority to do so. As such, defendant Wendt is iable for the violations incurred by the plaintiff.

## VIOLATION OF PLAINTIFF'S RIGHT'S BY DEFENDANT K.M. WHITE

Defendant K.M. White is the direct supervisor of all federal staff member whom are employed by the Bureau of Prisons, working in the Mid-Atlantic Region. Mr. White is the Mid-Atlantic Regional Director of the Federal Bureau of Prisons. Mr. White is liable because he was fully aware and fully informed of the plaintiffs plight but yet did nothing to cure or correct the constitutional infermities being suffered by the plaintiff.

The plaintiff filed a Regional Administartive Remedy Appeal (BP-10) to the Regional director Mr. White, soon after the denial of his request for administartive remedy. In the response I received from the Warden in my original administrative remedy, he failed to address my concerns, and kind of brushed them aside. Plaintiff then filed the appeal which was subsequently denied by defendant White, whom claimed falsely, that plaintiff was being afforded a plethora of rights when in fact this was not true. Defendant White's failure to fully apprise himself of all the fact's concerning the plaintiff's complaint and to cure and or correct the constitutional infermities that were done against the plaintiff, makes him liable to the plaintiff for the discrimanation, and constitutional violations suffered by plaintiff, all in violation of the plaintiff's First Amendment right, 14th amendment right, and the American with Disabilities Act.

## VIOLATION OF PLAINTIFF'S RIGHT'S BY DEFENDANT LAPPIN

Defendant Lappin is the Director of all of the Federal Bureau of Prisons, and as such is responsible for all its employees actions, of which he was aware but failed to do anything about it. After the denial of plaintiff's Administrative Remedy Appeal, he immediately filed a Central Office Administrative Remedy Appeal to Director Lappin, informing him that the Regional appeal decided by the regional director aws in fact false and incorrect. But the Director simply responded, through a Mr. Harrell Watts (administrator national remdey appeals) that all my concerns were addressed in the responses I received in my request for administrative rmedies. It is this kind of deliberate indifference that this court should not tolerate. In this response, the Director through Mr. Watts, frowns upon the American with Disabilities Act and upon the United States Constitution, and the civil rights of the plaintiff, and Director Lappin is Therefore liable, as is Mr. Watts, for violations of plaintiffs civil rights and the American with Disabilities Act.

## V. RELIEF

state briefly and exactly what you want the court to do for you. Make no legal arguments. Cite no cases or Statutes. Plaintiffs seeks damages in the amount of $750,000.00 and punitive damages. Plaintiff also seeks

for this jail to correct the violations against me and to stop its dicriminatory practices

against disabled prisoners.

Signed this _____14_____ day of _____April_____, 20 _05_.

_____Danis Fellowse 67636-004_____
*Signature of Plaintiff*

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _____14_____ day of _____April_____, 20 _05_.

_____Danis Fellowe 67636-004_____
*Signature of Plaintiff*



**U.S. Department of Justice**

Civil Rights Division

---

Disability Rights Section-NYA
950 Pennsylvania Ave., NW
Washington, D.C.  20530

**BY FIRST CLASS MAIL**

MAR 1 4 2005

Mr. Damis Fellove #67636-004
FCI Gilmer P.O. Box 6000
Glenville, WV 26351

**RE: ADA Complaint DJ#** 204-83-0

Dear Mr. Fellove:

This letter is in response to the complaint that you filed with this office alleging a possible violation of the Americans with Disabilities Act (ADA).  The Disability Rights Section reviews individual complaints filed by prisoners under title II of the ADA.

After carefully reviewing the information that you provided, we have decided not to take any further action on your complaint.  Unfortunately, due to the hundreds of title II complaints that we receive each year, we do not have the resources to resolve all of them.  We have made no determination regarding the merits of your complaint or whether it could be redressed under the ADA or another statute.   Moreover, our decision does not affect your right to pursue your complaint in another manner.  You may wish to contact an attorney or legal service to determine what remedies may be available.

We have enclosed a list of agencies and groups in your state that may be of some assistance to you.  If you have specific questions about title II of the ADA, you may call the ADA Information Line at 800-514-0301 (voice) or 800-514-0383 (TTY).

We regret that we are unable to assist you.

Sincerely,

Jeanine L. Worden
Deputy Chief
Disability Rights Section

Enclosure



**U.S. Department of Justice**

Federal Bureau of Prisons

---

*Washington, DC 20534*
June 17, 2004

Abigail Gates
265 Lattimore Ave.
Buford, Georgia 30518

Dear Ms. Gates:

This is in response to your May 27, 2004, letter to the Federal Bureau of Prisons regarding Damis Fellove, Register Number 67636-004.  In your letter, you contend inmate Fellov was not designated to the facility which was ordered by the sentencing judge and has not been able to call his family.  You ask that inmate Fellove be transferred to a facility in Florida and be granted a reduction in sentence.

We have conducted a review of the issues you raise.  We have determined that staff have been responsive to inmate Fellove's needs.  He is serving a 180-month sentence for Conspiracy to Possess with Intent to Distribute Cocaine and Possession of a Firearm in a Drug Trafficking Crime.  Though the sentencing judge did recommend camp placement, given the length of the sentence imposed and the severity of the offense, inmate Fellove is not currently eligible for camp placement.

Staff have assisted inmate Fellove in making telephone calls via the TDD system.  The Bureau of Prisons has not blocked his parent's telephone number.  Our policy provides that an inmate is responsible for paying for all telephone usage.  However, he has a current balance due in the amount of $1,500 for such telephone calls, and must begin to resolve that debt.  In the interim, he may make collect calls and will be provided one call per month as required by our policy.

Inmate Fellove is assigned to work as a unit orderly. Should he wish to change work details or participate in programming, he should submit a request to the appropriate staff at the institution. The Bureau of Prisons does not provide legal assistance to inmates, and other inmates who may assist him with his legal matters may not charge for such assistance.  We have

referred your information regarding this matter to institution staff for their review.

There is no evidence that inmate Fellove has been discriminated against. Additionally, he has submitted no complaints via the Administrative Remedy Program. If he feels he is being discriminated against, he should feel free to bring such to the attention of the institution's Executive Staff, who are available, usually during the noon meal, to speak with any inmate.

The Bureau of Prisons has no independent authority to reduce an inmate's sentence. He may wish to consider submitting a request for Compassionate Release or Executive Clemency. Institution staff can provide him the necessary paperwork upon his request.

I trust this response is sufficient to address your concerns.

Sincerely,

Harrell Watts, Administrator
National Inmate Appeals

**Administrative Remedy No. 338409-A1**
**Part B - Response**


You contend you are hearing- and speech-impaired and are not
afforded the same privileges, rights and opportunities as inmate
who are not impaired.  You contend you are being discriminated
against.  You request that proper equipment be obtained to
accommodate your impairment or that you be transferred to another
facility where such equipment is available.

Our review of this matter reveals that both the Warden and the
Regional Director have adequately addressed your concerns.  Staff
have made significant effort to accommodate your disability.
These accommodations have been described in detail in the
previous responses.  We find no evidence of discrimination.

Your appeal is denied.


_____10/15/2004_____                   _____
        Date                           Harrell Watts, Administrator
                                       National Inmate Appeals

**U.S. Department of Justice**

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: __Fellove, Damis__ _____ __67636-004__ ___ __C-3__ ____ __FCI Gilmer__
       LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.      UNIT     INSTITUTION

**Part A - REASON FOR APPEAL**  I am not satisfied with the Regional Director's response, therefore,

I am appealing. The Regional Director incorrectly avers that "you have been afforded the opportunity to participate in educational and vocational courses available to all inmates at FCI Gilmer," this is not true. I have been allowed only to participate in one or two programs while many are available to hearing inmates. Secondly, the assignment of a cellmate does not account for periods when I am alone in the cell (e.g., when cellmate is at work, recreation, visitation or doing other daily activities). Contrary to the Director's response FCI Gilmer does not provide me the equal opportunity to enjoy the institutional weekly movies in that they do not bring into the institution movies with the closed-captioning available. Furthermore, the Director admits that there is currently no staff at FCI Gilmer trained in sign language when there should be. The Director also admits that I have not been provided the equal xxxxxxxxxxx opportunity that other inmates enjoy with the use of the telephone system he states that I should communicate with friends and family through written correspondence while others can utilize the telephone. All of the above indicate that I have been discriminated against and that B.O.P. policy is being violated, as such I em entitled to relief. Finally, if I was faced with an emergency or life threatening situation, all of the above shows that I would be helpless.

__8-12-04__ _____ __Damis Fellove__ _____
    DATE                          SIGNATURE OF REQUESTER

**Part B - RESPONSE**

AUG 19 2004

_____             _____
    DATE                          GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE             CASE NUMBER: __338 409-A1__

**Part C - RECEIPT**

                                     CASE NUMBER: _____

Return to: _____ _____ _____ _____
        LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.      UNIT     INSTITUTION
SUBJECT: _____

_____          _____
    DATE               SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

USP LVN             PRINTED ON RECYCLED PAPER                   BP-231(13)
                                                JUNE 2002

# Regional Administrative Remedy Appeal
## Part B - Response

**Date Filed: July 12, 2004**          **Remedy No.: 338409-R1**

You appeal the Warden's response to your Request for
Administrative Remedy.  You request to have appropriate measures
implemented to address your hearing and speech disability.
Specifically, you indicate you are unable to hear the public
announcement and fire alarm system, as well as the television due
to the unavailability of closed captioning.  You also indicate
the TTY-TTD system does not translate into the Spanish language
to facilitate communication with your mother. Furthermore, you
request the availability of a staff member certified in sign
language and a transfer to an institution that maintains
appropriate equipment to assist with your disabilities.

A review of these issues indicates staff at your facility have
made reasonable accommodations in response to your concerns.
Specifically, you have been afforded the opportunity to
participate in educational and vocational courses available to
all inmates at FCI Gilmer.  A cell-mate has been assigned to
assist you in the performance of daily activities.  The unit
officer has been advised to be especially vigilant in assisting
you in the event an emergency should arise resulting in an
evacuation of the unit.  You have also been provided the
opportunity to view television programs where closed-captioning
is available, although this is not the standard for all programs
and/or movies.  Furthermore, unit staff have provided you regular
access to the TTY-TTD telephone system to communicate with family
and friends.  However, the telephone system provider to the
institution no longer offers the capability to translate
communication via the TTY-TTD system from English to Spanish, or
vice versa.  You do have the option of contacting your family and
friends through written correspondence.  Although there are
currently no staff at FCI Gilmer trained in sign language, you
may certainly communicate through Inmate Request to Staff Member
forms.  Your request for transfer should be addressed with
members of your unit team during your scheduled September 2004
inmate program review.

Your appeal of the Warden's response is denied.  If you are
dissatisfied with this response, you may appeal to the General
Counsel, Federal Bureau of Prisons, 320 First Street, N.W.,
Washington, D.C.  20534.  Your appeal must be received in the
General Counsel's Office within 30 days from the date of this
response.


_____Aug. 3, 2004_____          for   _____Andrew Kim Wesol_____
Date                                       K. M. White
                                           Regional Director
     AUG - 6 2004                          Mid-Atlantic Region

U.S. Department of Justice

**Regional Administrative Remedy Appeal**

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: _Fellove, Damis_     _67636-004_     _C-3_     _FCI Gilmer_
    LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A - REASON FOR APPEAL** I am not satisfied with the Warden's response, therefore, I am appealing his denial of relief. The Warden admits that FCI Gilmer is not properly equipped according to regulations to house me. I am a deaf-mute prisoner. My complaint is that I have been, and, continue to be discriminated against based on my ability. Specifically, I should be allowed the same privileges, rights, and opportunities that prisoners who can hear have access to. Yet, I am not allowed the option to participate/work in most jobs or programs at FCI Gilmer because FCI Gilmer is not properly equipped for me to be housed in. Currently, (1) I can not hear the public announcer and therefore, I am unable to awake for work call, breakfast or 10 min. moves because FCI Gilmer will not provide vibrating bed equipment, etc.; (2) there is no fire alarm sensor (flashing light) in my cell; (3) the institutional movies should contain closed captioning but instead they are brought in without regard for deaf-mutes; (4) The TTY-TID Phone System here does not allow me to speak with my family (mother) in Florida because the system here is in English on my end but needs to be translated into Spanish on the other end in that my mother speaks Spanish while I do not; (5) All hearing inmates can use the telephone whenever they wish (7:30a.m. thru 11:30p.m.) while I can not, and (6) There should be either certified staff in sign language or speaking/translator machine so that I can communicate more effectively with staff and people as a result of this lack in the proper device I am forced to put other inmates into my business which in some cases is private (matters that should only be between me and staff). The above mentioned equipment should immediately be made accessible or I should be immediately placed in a facility where this equipment is readily available.

_3 - 07-02-04_
    DATE

_Damis Fellove_
    SIGNATURE OF REQUESTER

**Part B - RESPONSE**



RECEIVED

JUN 1 2 2004

~~ FEDERAL BUREAU OF PRISONS ~~
~~ DO REGIONAL COUNSEL ~~

_____       _____
DATE                                  REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE                 CASE NUMBER: _____

**Part C - RECEIPT**

                                      CASE NUMBER: _____

Return to: _____
     LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

_____
DATE                       SIGNATURE, RECIPIENT OF REGIONAL APPEAL

USP LVN            PRINTED ON RECYCLED PAPER                               BP-230(13)
                                                           JUNE 2002

# FEDERAL CORRECTIONAL INSTITUTION-GILMER, GLENVILLE, WV
## PART B – RESPONSE TO INSTITUTION ADMINISTRATIVE REMEDY

**Date Filed: June 9, 2004**                    **Remedy ID No.  338409-F1**

Your Request for Administrative Remedy #338409-F1 receipted on June 9, 2004, has been received. You request that FCI Gilmer provide you with a vibrating bed, closed captioned movies, a TTY-TTD phone system that translates English into Spanish and staff members who are certified in sign language.

Our investigation into this matter reveals that your unit team has assigned your cellmate to wake you up for work call, and in cases of a fire, to make sure you are awake. Also, the Unit Officers have been made aware that you are deaf and have been advised to check on you in case of a fire.

Whenever possible, staff will attempt to get movies that have closed captioning. It is not always possible to obtain these types of movies.

Staff currently have a TTY-TTD machine that you can use, to make collect phone calls. The services does not translate English into Spanish. If you are aware of service that translates English into Spanish can you please provide staff with the information.

FCI Gilmer currently does not have any staff certified in sign language. If you need to communicate with staff you can submit a written request and staff will respond to it in writing.

Therefore, your request for relief is denied.

If dissatisfied with this response, you may appeal to the Regional Director, Federal Bureau of Prisons, Mid-Atlantic Regional Office, 10010 Junction Drive, Suite 100-N, Annapolis Junction, MD 20701. Your appeal must be received in the Regional Office within 20 calendar days from the date of this response.


_____6-30-04_____                    _for RSMcLeod_____
Date                                         K. J. Wendt, Warden

U.S. DEPARTMENT OF JUSTICE

Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: _Fellows, Davis_ _____ _676 26 *22/_ ____ _C-3_ ___ _FCI Gilmer_

LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

**Part A– INMATE REQUEST**  As is known "but disregarded by this Administration" I am a deaf-mute prisoner. My complaint is that I have been, and, continue to be discriminated against based on my disability. Specifically, I should be allowed the same privileges, rights, and opportunities that prisoners who can hear have access to. Yet, I am not allowed the option to participate/work in most jobs or programs at FCI Gilmer because FCI Gilmer is not properly equipped for me to be housed in. Currently, (1) I can not hear the public announcer and therefore, I am unable to awake for work call, breakfast or 10 min. moves because FCI Gilmer will not provide vibrating-bed equipment, etc.; (2) there is no fire alarm sensor (flashing light) in my cell; (3) the institutional movies should contain closed captioning but instead they are brought in without regard for deaf-mutes; (4) the TTY-TDD Phone System here does not allow me to speak with my family (mother) in Florida because the system here is in English on my end but needs to be translated into Spanish on the other end in that my mother speaks Spanish while I do not; (5) All hearing inmates can use the telephone whenever they wish (7:30A.M. thru 11:30P.M.) while I can not, and (6) there should be either certified staff in sign language or speaking/translator machine so that I can communicate more effectively with staff and people as a result of this lack in the proper device I am forced to put other inmates into my business which in some cases is private ( matters that should only be between me and staff). The above mentioned equipment should immediately be made accessible or I should be immediately placed in a facility where this equipment is readily available.

_6-7-04_
DATE

_Davis Fellows  676 26-22/_
SIGNATURE OF REQUESTER

**Part B– RESPONSE**



_____          _____
DATE                                        WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**SECOND COPY: RETURN TO INMATE**          CASE NUMBER: _235 0CC-F1_

– – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – –

CASE NUMBER: _235102-F1_

**Part C– RECEIPT**

Return to: _____

LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

_____          _____
DATE                                        RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP–229(13)
APRIL 1982

USP LVN

BP-S148.055
SEPT 98
CDFRM

**U.S. DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF PRISONS**
**INMATE REQUEST TO STAFF**

From
TO: (Name and Title of Staff Member)
A.W and Warden

TO

FROM:
Damis Fellove

WORK ASSIGNMENT:
c-3 orderly

DATE:
12-16-04

REGISTER NO:
67636-004

UNIT:
c-3

SUBJECT: Briefly state your question or concern and the SOLUTION you are requesting. Continue on back if necessary. Your failure to be specific may result in no action being taken. If necessary, you will ne interviewed in order to successfully respond to your request.

Respectfully, I would like discuss with you of This last time cop-out that you Approved me to use phone in counselor in the office and pay Bills every month, Because Ms. Landon is done and we will Have a new counselor coming and I really want back to normal phone and don't want Its No more, Because it been waste my money and I don't Have a skill Handtype fast, I'm only slow And 15 min never finish for me, That I would need use more min to type, would you put me back to office better For good, I will depend on their open House. And I'll do Responsability phone Bills with every month that will better for me. Please would you Help me with it! (Do not write below this line) Thank you most High.

Disposition:

Discussed your request with the Warden. We are not inclined to approve the requests you make. You have access to the telephone as well as an interpreter when needed. The costs through the staff telephone are also high and the amount of staff time required to supervise would limit the amount of time spent with other inmates resolving their issues/concerns. REQUEST IS Denied.

Staff member name, title and signature:
R.J. McLeod, AW-O

Date:
12/27/04

RECORD COPY - FILE
COPY - INMATE

BP-S148.055
SEPT 98
CDFRM

**U.S. DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF PRISONS**
**INMATE REQUEST TO STAFF**

| TO: (Name and Title of Staff Member) Warden | DATE: 10-19-04 |
|---|---|
| FROM: Damis Fellove | REGISTER NO: 67636-004 |
| WORK ASSIGNMENT: C-3 Orderly | UNIT: C-3 |

SUBJECT: Briefly state your question or concern and the SOLUTION you are requesting. Continue on back if necessary. Your failure to be specific may result in no action being taken. If necessary, you will ne interviewed in order to successfully respond to your request.

Respectfully, I'm request Again, The BP-11 Has not come or Response yet. Sept 28TH And Oct 18TH FAilure. I need Respose receive. Also I'm complaint on Ms. P. Landon, I cannot Communicate with counselor because I've Hard Along with Her Attitude at me All times. I can't stand of this, Also still complaint she'd refused let me use phone in Her office No More. Why? I can't Along with Her Attitude, Un-communicate, No Helping or Nothing for me. Please, see in back sheet, Thank you.

---

**(Do not write below this line)**

Disposition:

| Staff member name, title and signature: | Date: |
|---|---|
| | |

RECORD COPY - FILE
COPY - INMATE

Dear: Warden                                                          10-19-04

Respectfully, I'm Request this My Complaint that I've been problem
with Ms. P, Landon Counselor since. There is no Along or Communicate
by Her, I Know she Hate me as "Discriminated Against Me", I was And
Still complaint on Her About that and she been Refused let me use
Her phone in office. I Do my mistake to put TTY on the Phone station
because 15 minute too Fast time out, that I'm only Hand type slow not
speed or Fast Expirence yet, And when I type it has to Find a word
at least 5 minute, then wait For other person to type slow either, for
2 month now been Un Finish communicate on phone, I upset Alot. Phone
station No good for me. I want back to normal phone that I request use
30 to 45 minute communicate because of Reason Hand type. "I'm Also
Responsability For Bills". Landon don't Want and Refused let me to use.
Otherwise McCloud A.W. Already Appoved me to use Counselor phone with
Receive Bills in End of Month. Then I show Landon What A.W. say! she
Still not Follow. Then I come back to A.W. "that I got problem with
Counselor". A.W. say must depend on Her when she Feel Like or not.
that is wrong. And Asking Mr. Hendy Unit Manager About Landon, It
seem don't Help, Because I see the Same. I still complaint on Her.
I don't Like Her give me Attitude at All, why I don't Know what gonna
on with Her. Any thing I need From Her, she give me Alot of Attitude
at All, doesn't want Help! Now Warden. I want your Response and Help
me! Otherwise Last 10-8-04 I give you cop-out For the BP-11 Has not
come And No Response nothing. "You say should Contact with Counselor",
I did Ask Her today 10-19-04, she give me Attitude and say don't Know
and Bye get out! what is it? I cannot stand of that any more. I
need BP-11 Response right way!

suppose be Receive Sept 28 $^{th}$ but Failure, tHen tHey say Due Oct 18 $^{th}$ Failure Again! Otherwise, I give you cop-out Last August tHAt I want go to Pegams, scHool, GED, V.T., witH An Interpretor Here. I can't go-in witHout An Professor Interpretor, I really want Have my good Future wHen I get out. I can't Have notHing Here, suffering, Hard time, EverytHing. I been Here for 15 montH notHing offer me to do. "THis is my ComplAint". WArden, Can you do anytHing for me?

THAnk you
DAmis fellove 67636-004, 10/19/04

BP-S148.055
SEPT 98
CDFRM

**U.S. DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF PRISONS**
**INMATE REQUEST TO STAFF**

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| Mr. Cloud A.W. | 8-30-04 |
| FROM: | REGISTER NO: |
| Damis Fellove | 67636-004 |
| WORK ASSIGNMENT: | UNIT: |
| C-3 orderly | C-3 |

SUBJECT: Briefly state your question or concern and the SOLUTION you are requesting. Continue on back if necessary. Your failure to be specific may result in no action being taken. If necessary, you will ne interviewed in order to successfully respond to your request.

Respectfully, I'm Request this is my problem with Ms. Landon been Refused let me use phone in Her office, I dont Know why, I Know she dis like to give me phone, That I'm responsability pay bills Correct. Also I been use phone station seem Unfair to me, Because I'm only use Hand type and other person type too We are not Fast enough to type and been 15 min Un finish talk and communicate with people we talk on phone, I must put all money now in automatic, seem waste. I need and must use phone for "30-45 minute communicate good enough", 400 min ok but phone station not for type well. I show Landon your cop-out, she refused it. I've been problem with Her for Almost Little 3 month, I've tired with Her. I need you find a way for me to use more minute. Deaf people are type not ~~(Do not write below this line)~~ use voice.

Disposition:
I need your Help.

| Staff member name, title and signature: | Date: |
|---|---|
| | |

RECORD COPY - FILE
COPY - INMATE

BP-S148.055
SEPT 98
CDFRM

**U.S. DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF PRISONS**
**INMATE REQUEST TO STAFF**

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| Commissary Dept | 7-29-04 |
| FROM: | REGISTER NO: |
| Damis Fellove | 67636-004 |
| WORK ASSIGNMENT: | UNIT: |
| C-3 Orderly | C-3 |

SUBJECT: Briefly state your question or concern and the SOLUTION you are requesting. Continue on back if necessary. Your failure to be specific may result in no action being taken. If necessary, you will ne interviewed in order to successfully respond to your request.

Respectfully, This Address to "Comm Dept", I really want to work in Commissary That I'm interest to position there and soon Have Available replacement for me to Hire by consider. And I'm work very good, I'm doing "clean & Stock" anything. I Hope would Help me to work in Dept. I've been put cop-out 4 times to comm Dept, seem never call me. I Hope you would call me, I am really good Employment. let me know soon. Thank you

---

**(Do not write below this line)**

---

Disposition:

No positions at this time

| Staff member name, title and signature: | Date: |
|---|---|
| Ray Watts | 8·2·04 |

RECORD COPY - FILE
COPY - INMATE

BP-S148.055
SEPT 98
CDFRM

## U.S. DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF PRISONS
## INMATE REQUEST TO STAFF

| TO: (Name and Title of Staff Member) Mrs. Huffs | DATE: 6-4-04 |
|---|---|
| FROM: Damis fellove " DEAF " | REGISTER NO: 67636-004 |
| WORK ASSIGNMENT: C-3 orderly | UNIT: C-3 |

SUBJECT: Briefly state your question or concern and the SOLUTION you are requesting. Continue on back if necessary. Your failure to be specific may result in no action being taken. If necessary, you will ne interviewed in order to successfully respond to your request.

I would like interested in Keyboarding class. I Also interest if you can get an interpreter for me in progam. let me know what can u do for me. THank you.

### (Do not write below this line)

Disposition:

you will be added to the wantlest & be enrolled accordingly !

RECEIVED
JUN 0 8 2004
By_____

| Staff member name/title and signature: | Date: 6/8/04 |
|---|---|

RECORD COPY - FILE
COPY - INMATE

BP-S148.055 INMATE REQUEST TO STAFF CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| Mr. Kern | 5-20-04 |
| FROM: | REGISTER NO.: |
| Damis Fellove | 67636-004 |
| WORK ASSIGNMENT: | UNIT: |
| C-3 orderly | C-3 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

I Respectfully "Fourth Request" Employment again with The
Commissary Department. I would do Stock And clean, I'm
done good Job. I Understand That There are 1 positions is
Available, And I request to be considered For one. Your
consideration of This Request will be Highly Appreciated.
Please I want work in Your Dept. I'll doing well, I been doing good
Job in unit orderly.

Thank you.
Damis Fellove

(Do not write below this line)

DISPOSITION:

No Positions Available At This Time.
Resubmit in 1 Year.

| Signature Staff Member | Date |
|---|---|
| | 5/28/04 |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)          This form replaces BP-148.070 dated Oct 86
                                              and BP-S148.070 APR 94

BP-S148.055 INMATE REQUEST TO STAFF CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) FTS Phone System | DATE: 04-05-04 |
|---|---|
| FROM: DAMIS FELLOVE | REGISTER NO.: 67636-004 |
| WORK ASSIGNMENT: ORDELY C3 | UNIT: C3 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

I am deaf-mute and I use the Rely
Company to place my phone calls. - Until
Recently I was calling Florida, but now I
can call no more. For some Reason the
Company that translated for me is not doing
it anymore. the C3 counselor advised me
to place a cop-out to you to find out
Why I can't call FLA Anymore, When I
can STILL Call ATLANTA.

Respectfully Damis Fellove

(Do not write below this line)

DISPOSITION:

You will need to have your family member /
friend in Florida Contact the Relay Company
& find out an alternative Company for you to use.
There should be another Company in that area
that Can provide you with the Service.

| Signature Staff Member  Fin Not C. Simmons | Date 4/7/04 |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)        This form replaces BP-148.070 dated Oct 86
                                            and BP-S148.070 APR 94

BP-S148.055 INMATE REQUEST TO STAFF CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) Mr. Kern  Mr. Hoffman | DATE: 3/29/04 |
|---|---|
| FROM: Danis Fellove | REGISTER NO.: 6736-004 |
| WORK ASSIGNMENT: C-3 Orderly | UNIT: C-3 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

I respectfully request employment with the
Commissary Department. I understand that
there are 5 positions available, and I
request to be considered for one.

Your consideration of this request will be
highly appreciated.
                        Thank you

(Do not write below this line)

DISPOSITION:

They HAVE All Been FILLED

| Signature Staff Member  WMP | Date 4-1-04 |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)       This form replaces BP-148.070 dated Oct 86
                                           and BP-S148.070 APR 94

BP-S148.055
SEPT 98
CDFRM

**U.S. DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF PRISONS**
**INMATE REQUEST TO STAFF**

| TO: (Name and Title of Staff Member) Mr. Keen / Mr. Hoffman | DATE: 3-23-04 |
|---|---|
| FROM: Damis Fellove | REGISTER NO: 67636-224 |
| WORK ASSIGNMENT: C-3 orderly | UNIT: C-3 |

SUBJECT: Briefly state your question or concern and the SOLUTION you are requesting. Continue on back if necessary. Your failure to be specific may result in no action being taken. If necessary, you will ne interviewed in order to successfully respond to your request.

Sir, I would like to work in laundry that I know their needed people. I Hope if you Hire me to work there. I would go! I do clean, stock, Helper, etc! Let me know if Available the postions for me in laundry or commissary! I did put that Address 4 time now. Thank you.

(Do not write below this line)

Disposition:

No positions available.

| Staff member name, title and signature: Ray Watts | Date: 4-7-04 |
|---|---|

RECORD COPY - FILE
COPY - INMATE

BP-S148 ___ INMATE REQUEST TO STAFF ___ CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| Mr. Kem, Mr. Hoffman | 3-21-04 |
| FROM: | REGISTER NO.: |
| Damis Fellove | 67636-004 |
| WORK ASSIGNMENT: | UNIT: |
| Orderly unit | C-3 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

Sir, I would like to Hire me in Laundry or Commissary, possible An
Available to postions me in. I been put Address to Laundry 2 time and
Commissary 1 time past 5 and 7 month, I never Heard to Hire me. I
want cHange sHeets to Laundry or Commissary For stock - clean - etc. Let
me Know, thank you!

(Do not write below this line)

DISPOSITION:

No positions at this time. You can exchange
sheets Monday - Friday between 6:30 am - 7:30am for
clean sheets.

| Signature Staff Member | Date |
|---|---|
| Ray Watts | 3-22-04 |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)          This form replaces BP-148.070 dated Oct 86
                                              and BP-S148.070 APR 94

BP-S148.055 INMATE REQUEST TO STAFF CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) Education / MS. Hoffman | DATE: 9-24-03 |
| FROM: DAMIS FELLOVE "DeaF" | REGISTER NO.: 67636-004 |
| WORK ASSIGNMENT: ORDELY | UNIT: C3    23/4 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

I would like to take the
REAL ESTATE CLASS.

RECEIVED
SEP 2 6 2003

(Do not write below this line)

DISPOSITION: you will be added to the waiting list

| Signature Staff Member  | Date |
| Jo O. Hoffmann | 09-26-2003 |

Record Copy - File; Copy - Inmate
This form may be replicated via WP)        This form replaces BP-148.070 dated Oct 86
                                           and BP-S148.070 APR 94